— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Boris Kreinuk, Appellant, v. The National City Bank of New York, Respondent.— Order modified by directing that plaintiff's examination may be had on written interrogatories or open commission, in the option of defendant. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — McAvoy, Merrell, Martin and Sherman, JJ.

Seraphima V. Gurewitsch, Also Known as Sima V. Gurewitsch, Appellant, v. The National City Bank of New York, Respondent.— Order modified by directing that plaintiff's examination may be had on written interrogatories or open commission, in the option of defendant. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — McAvoy, Merrell, Martin and Sherman, JJ.

Serge N. Tchayeff, Appellant, v. The National City Bank of New York, Respondent.— Order modified by directing that plaintiff's examination may be had on written interrogatories or open commission, in the option of defendant. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — McAvoy, Merrell, Martin and Sherman, JJ.

In the Matter of the Petition of Benjamin Oxenhorn, as Administrator of the Estate of Isidore Samet, Deceased, Respondent, for an Order Directing Joseph A. Broderick, as Superintendent of Banks of the State of New York, etc., Appellant, to Turn over to Petitioner Funds Belonging to Said Estate.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, without prejudice to the right of petitioner to file his claim at the time and in the manner provided by the Banking Law. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Reinhold H. Wappler, Respondent, v. Westinghouse Electric and Manufacturing Company, Inc., and Others, Defendants, Impleaded with Frederick H. Wappler and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants, appellants, to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of Emma L. Roche, Respondent, to Compel John Kirkland Clark, an Attorney and Counselor at Law, to Turn over Certain Papers Which Belong to the Petitioner, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of Louis H. Rosenkrantz, Respondent, against Every Girl Dress Co., Inc., and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Julia Conklin, Respondent, v. John W. Draper, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of Fanny Brice, Appellant, for an Order to Substitute Attorneys in the Place and Stead of Charles H. Studin, as Attorney for Said Fanny Brice. (Actions 1 and 2.) In the Matter of the Application of Billy Rose, Appellant, for an Order to Substitute Attorneys in the Place and